UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
ELAINE WANG, Derivatively on Behalf of Nominal :
Defendant BIOGEN INC.,
                                      :
             Plaintiff,
                                      :
   v.                                     Civil Action
                                      :   No. 22-11180-AK
MICHEL VOUNATSOS, STELIOS
PAPADOPOULOS, ALEXANDER J. DENNER,    :
CAROLINE D. DORSA, MARIA C. FREIRE,
WILLIAM A. HAWKINS, WILLIAM D. JONES, :
JESUS B. MANTAS, RICHARD C. MULLIGAN,
ERICK K. ROWINSKY, STEPHEN A. SHERWIN, :
NANCY L. LEAMING, and BRIAN S. POSNER,
                                      :
             Defendants,
                                      :
   and
                                      :
BIOGEN INC.,
                                      :
             Nominal Defendant.
------------------------------------- x

**STIPULATION, JOINT MOTION AND
<u>ORDER TO CONTINUE STAY OF DERIVATIVE ACTION</u>**

Plaintiff Elaine Wang ("Plaintiff"), Defendants Michel Vounatsos, Stelios Papadopoulos, Alexander J. Denner, Caroline D. Dorsa, Maria C. Freire, William A. Hawkins, William D. Jones, Jesus B. Mantas, Richard C. Mulligan, Erick K. Rowinsky, Stephen A. Sherwin, Nancy L. Leaming, Brian S. Posner (the "Individual Defendants"), and Nominal Defendant Biogen Inc. ("Biogen") (together with the Individual Defendants, "Defendants," and collectively with Plaintiff, the "Parties"), jointly submit this stipulation (the "Stipulation") to continue the stay of this putative derivative action (the "Derivative Action") pursuant to the terms of the Stipulation in light of the related putative securities class action pending in this Court, captioned *Oklahoma*

*Firefighters Pension & Retirement System v. Biogen Inc., et al.*, No. 1:22-cv-10200-WGY, (the "Securities Class Action").

WHEREAS, in February 2022, the Securities Class Action was filed in this Court;

WHEREAS, on July 21, 2022, Plaintiff filed a putative Verified Stockholder Complaint (the "Complaint") against the Individual Defendants on behalf of Biogen;

WHEREAS, on September 9, 2022, in the interest of judicial economy, the Court approved a stay in the Derivative Action, staying all motion practice, obligations to respond to the operative complaint, and all discovery and disclosure obligations until the motion to dismiss in the Securities Class Action was resolved (ECF No. 13);

WHEREAS, on March 29, 2023, the Court dismissed the Securities Class Action in its entirety;

WHEREAS, on April 26, 2023, the Securities Class Action plaintiff moved the Court to alter or amend its judgment dismissing the case;

WHEREAS, on March 19, 2024, the Court granted in part, and denied in part, the Securities Class Action plaintiff's motion to amend or alter judgment;

WHEREAS, on April 10, 2024, the Securities Class Action plaintiff filed a Second Class Action Complaint (the "Second Amended Complaint");

WHEREAS, the Securities Class Action alleges violations of law relating to and arising from facts and circumstances substantially similar to those in the Derivative Action;

WHEREAS, Biogen and Defendant Vounatsos are also named as defendants in the Securities Class Action;

WHEREAS, discovery is commencing in the Securities Class Action and the parties in that action intend to proceed in accordance with a schedule entered by that court;

WHEREAS, subject to the terms of this Stipulation, the Parties agree that the interests of justice, efficiency, judicial economy, and effective case management warrant a continued stay of this action pending further developments in the Securities Class Action.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The Derivative Action, including but not limited to all motion practice, obligations to respond to the operative complaint, and all discovery and disclosure obligations under the applicable local and federal rules, are hereby stayed until fifteen (15) days after the earlier of the following events: (a) the Securities Class Action is resolved, and all appeals related thereto have been exhausted, or is resolved or dismissed by settlement; or (b) either of the Parties to this Stipulation gives 30 days' notice that they no longer consent to the voluntary stay of the Derivative Action;

2. If this stay of proceedings expires pursuant to Paragraph 1 above, the Parties shall, within fifteen (15) days after the expiration of the stay, meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Action, including the date by which Defendants must answer, move, or otherwise respond to the operative complaint in the Derivative Action.  Nothing in this Stipulation shall prevent or prejudice Defendants from moving for a continued stay of proceedings.  Further, nothing in this Stipulation shall prejudice Plaintiff from opposing such motion.  Notwithstanding, Defendants shall not move to stay the Derivative Action in deference of any derivative lawsuits based on the materially same set of allegations as in the Derivative Action, including books and records demands or litigation demands ("Related Derivative Actions").

      3.      Defendants shall promptly notify Plaintiff upon becoming aware of any Related Derivative Actions.

      4.      The Parties agree that during the pendency of this stay, Defendants shall inform Plaintiff promptly upon the scheduling of any mediation or settlement talks with the plaintiff in the Securities Class Action or any Related Derivative Action, and shall make a good faith effort to include Plaintiff in any mediation or settlement talks with the plaintiffs in the Securities Class Action or any Related Derivative Action.  If plaintiffs in the Securities Class Action (or any Related Derivative Action) object to including Plaintiff in such mediation, Defendants shall mediate with Plaintiff at or about the same time separately.

      5.      The Parties agree that notwithstanding the stay of this Derivative Action, Plaintiff may file an amended complaint; however, Defendants need not answer or otherwise respond to the Complaint or to any other complaint or amended complaint that is filed in or consolidated with the above-captioned action during the pendency of this stay.

      6.      If, during the pendency of the stay, Defendants produce documents in the Securities Class Action, Defendants also shall produce those documents to Plaintiff.  Defendants shall also produce to Plaintiff any documents produced in connection with any Related Derivative Action.  Absent separate agreement by the Parties, Plaintiff agrees that any such documents will not be used to amend the complaint or in opposition to a motion to dismiss the operative complaint.

      7.      The parties to this Derivative Action are not waiving any rights, claims, or defenses of any kind, including jurisdictional defenses, and no part of this Stipulation shall be construed as a waiver of any rights, claims, or defenses.

Dated: April 22, 2024　　　　　　　　　　　　Respectfully submitted,
　　　　　Boston, Massachusetts

/s/ *Michell J. Matorin*　　　　　　　　　　　/s/ *Michael S. Hines*
Mitchell J. Matorin (BBO #649304)　　　　　James R. Carroll (BBO #554426)
MATORIN LAW OFFICE, LLC　　　　　　　Michael S. Hines (BBO #653943)
18 Grove Street, Suite 5　　　　　　　　　　Yaw A. Anim (BBO #569512)
Wellesley, MA 02482　　　　　　　　　　　 SKADDEN, ARPS, SLATE,
(781)453-0100　　　　　　　　　　　　　　　 MEAGHER & FLOM LLP
mmatorin@matorinlaw.com　　　　　　　　 500 Boylston Street
　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02116
Seth D. Rigrodsky　　　　　　　　　　　　　(617) 573-4800
Timothy J. MacFall　　　　　　　　　　　　 james.carroll@skadden.com
Gina M. Serra　　　　　　　　　　　　　　　michael.hines@skadden.com
Vincent A. Licata　　　　　　　　　　　　　 yaw.anim@skadden.com
RIGRODSKY LAW, P.A.
825 East Gate Boulevard, Suite 300　　　　*Counsel for Defendants*
Garden City, NY 11530
(516)683-3516
sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com
vl@rl-legal.com

Gloria Kui Melwani
MELWANI & CHAN LLP
1180 Avenue of the Americas
New York, NY 10036
(212) 382-4620
gloria@melwanichan.com

*Counsel for Plaintiff*


APPROVED AND SO ORDERED:


Dated: __May 3, 2024_____　　　　　　/s/ Angel Kelley_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Angel Kelley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

5