**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| ELAINE WANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 22-CV-11180-AK |
| v. | ) | |
| | ) | |
| MICHEL VOUNATSOS et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### ORDER OF ADMINISTRATIVE STAY/CLOSING

**A. KELLEY, D.J.**

It is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the *Oklahoma Firefighters Pension & Retirement System v. Biogen Inc., et al.* matter, Civil Action 22-cv-10200-WGY.

Dated: May 3, 2024                                                                    By the Court,

                                                                                                  /s/ Miguel Lara
                                                                                                  Deputy Clerk